459 A.2d 29

Commonwealth v. Boner, Appellant.
Petition for Allowance of Appeal
Denied Sept. 2, 1983.

Submitted February 22, 1982. Natale F. Carabello, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

610

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.